UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-11150-AH-SP | Date | September 1, 2026 |
| Title | Brian M. Meenk v. Chief Medical, et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
| Kimberly I. Clerk | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None | None |

**Proceedings:** **(In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On January 13, 2025, plaintiff filed a First Amended Complaint ("FAC") in this action, alleging that he suffered a stroke, seizure, and cardiac arrest due to defendants' negligence and malpractice while under their care at the California Rehabilitation Center's hospital. On September 24, 2025, the court issued an Order Finding First Amended Complaint Subject to Dismissal but Granting Leave to Amend. In particular, the court identified the deficiencies in the FAC, including that it fails to state a federal claim on which relief could be granted.

The court therefore found the FAC is subject to dismissal, but granted plaintiff until October 24, 2025 to file a Second Amended Complaint to attempt to cure the identified deficiencies. The court also instructed plaintiff that he could notify the court by October 24, 2025 that he intended to stand on the FAC without amendment. The court also warned plaintiff that his failure to timely comply with the order could result in a recommendation that the action be dismissed.

More than 10 months have passed since plaintiff's deadline to file a Second Amended Complaint, but plaintiff has not done so. Instead, plaintiff has sent letters and notices and arguments to the court, none of which is either a Second Amended Complaint or a notice that plaintiff intends to stand on the FAC without amendment. Without an operative complaint that states an actionable claim for relief, this case cannot proceed.

Accordingly, within 21 days of the date of this order, that is, by **September 22, 2026**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-11150-AH-SP | Date | September 1, 2026 |
| Title | Brian M. Meenk v. Chief Medical, et al. | | |

not be dismissed for plaintiff's failure to prosecute and/or comply with a court order. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice. In the event plaintiff wishes to voluntarily dismiss this action, plaintiff may complete and return the enclosed Notice of Dismissal form by September 22, 2026.

If plaintiff files a Second Amended Complaint by **September 22, 2026**, this Order to Show Cause will be automatically discharged, and plaintiff need not respond to it separately.